**United States Court of Appeals**

**FOR THE EIGHTH CIRCUIT**

_____

No. 95-3634
_____

| | |
|---|---|
| Kenneth H. Hallquist, | * |
| | * |
| Appellant, | * |
| | * Appeal from the United States |
| v. | * District Court for the |
| | * District of South Dakota. |
| South Dakota State Penitentiary; | * |
| Prison Health Services, | *        [Unpublished] |
| | * |
| Appellees. | * |

_____

Submitted: May 15, 1997

Filed: May 21, 1997
_____

Before HANSEN, MORRIS SHEPPARD ARNOLD, and MURPHY, Circuit Judges.
_____

PER CURIAM.

Kenneth H. Hallquist, a South Dakota prisoner, appeals the district court's[1] dismissal without prejudice of his 42 U.S.C. § 1983 action as frivolous pursuant to former 28 U.S.C. § 1915(d) (now § 1915(e)). Because the prison is immune from

_____

[1]The Honorable John B. Jones, United States District Judge for the District of South Dakota.

section 1983 liability, and Hallquist did not delineate how Prison Health Services was responsible for any alleged constitutional violations, we affirm the judgment of the district court.  <u>See</u> 8th Cir. R. 47B.

We thank the appellant's appointed counsel for his assistance to the appellant in this case.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.